IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRIAN LANCE ABRAMSON,<br><br>Plaintiff,<br><br>vs.<br><br>SALT LAKE CITY POLICE DEPARTMENT, *et al.*,<br><br>Defendants. | **ORDER**<br><br>Case No. 2:10-cv-410 CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells |

      This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B). On July 13, 2010, Judge Wells issued a Report and Recommendation, recommending that Mr. Abramson's action be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim. The R & R advised Mr. Abramson that he had 14 days to object to the R & R after being served with it. Also on July 13, 2010, the court mailed a copy of the R & R to Mr. Abramson at the address he provided when he opened his case. On July 16, 2010, the court's letter to Mr. Abramson was returned. No forwarding address information was provided by the postal service. Mr. Abramson has not provided an updated address, nor has he objected to the R & R.

      Because the R & R appears to be correct in all material respects, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation and DISMISSES Mr. Abramson's action.

SO ORDERED this 29th day of July, 2010.

BY THE COURT:

_____
Clark Waddoups
United States District Judge